BEFORE THE FIRST DIVISION, FEBRUARY 20, 1963

No. 67449.—Rifkin Textiles Corp. v. United States, protests 63/1005 and 63/1006 (New York).

Opinion by OLIVER, C.J.  In accordance with stipulation of counsel that the merchandise consists of woven fabrics in chief value of wool and in part of braid similar in all material respects to those the subject of Abstract 67278, the claim of the plaintiff was sustained.

BEFORE THE SECOND DIVISION, FEBRUARY 20, 1963

No. 67450.—American Pecco Corp. v. United States, protest 60/4888–15718 (New Orleans).

Opinion by LAWRENCE, J.  In accordance with stipulation of counsel that the merchandise consists of form supports similar in all material respects to those the subject of *Universal Builders Supply Co., Inc.* v. *United States* (48 Cust. Ct. 99, C.D. 2319), the claim of the plaintiff was sustained.

No. 67451.—American Pecco Corp. v. United States, protest 60/10747 (Honolulu).

Opinion by LAWRENCE, J.  In accordance with stipulation of counsel that the merchandise consists of form supports similar in all material respects to those

the subject of *Universal Builders Supply Co., Inc.* v. *United States* (48 Cust. Ct. 99, C.D. 2319), the claim of the plaintiff was sustained.

**No. 67452.**—Rex-Spanall, Inc. *v.* United States, protests 62/8283, etc. (Galveston).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of form supports similar in all material respects to those the subject of *Universal Builders Supply Co., Inc.* v. *United States* (48 Cust. Ct. 99, C.D. 2319), the claim of the plaintiff was sustained.

**No. 67453.**—F. B. Vandegrift & Co., Inc. *v.* United States, protests 62/8013, etc. (Philadelphia).

Opinion by FORD, J. In accordance with oral stipulation of counsel that certain items of the merchandise consist of mechanical apparatus and parts thereof, in chief value of metal, the claim of the plaintiff was sustained.

**No. 67454.**—Sniafibres Corp. *v.* United States, protests 61/3359, etc. (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise, consisting of certain 15-denier nylon monofilament yarn having a slight turn twist, is properly classifiable as filaments of rayon or other synthetic textile, single, weighing less than 150 deniers per length of 450 meters, the claim of the plaintiff was sustained.

**No. 67455.**—Sniafibres Corp. *v.* United States, protests 61/8136, etc. (New York).